IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ALBERT STEPHENS,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2861

Opinion filed September 13, 2016.

An appeal from an order of the Circuit Court for Leon County.
Angela Dempsey, Judge.

Nancy A. Daniels, Public Defender, and Steven L. Seliger, Assistant Public Defender, Tallahassee, and John Edward Eagen, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     Upon consideration of appellant's response to the Court's order of June 27, 2016, the Court has determined that the appeal is untimely. Accordingly, the appeal is dismissed. The dismissal is without prejudice to appellant filing a proper petition for belated appeal pursuant to Florida Rule of Appellate Procedure 9.141(c).

WOLF, LEWIS, and OSTERHAUS, JJ., CONCUR.